Kerry K. Fennelly (SBN 232621)
Valentina S. Mindirgasova (SBN 272746)
CORNWELL & BALDWIN
1017 East Grand Avenue
Escondido, CA 92025
760-747-1100 (tel); 760-747-1188 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND<br><br>Plaintiff(s)<br><br>v.<br><br>DELANEY PRINTING AND LITHO COMPANY, INC., an Indiana corporation<br><br>Defendant(s) | CASE No.<br><br>2:17-CV-07371-JFW-E<br><br>**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

I, _____Kiry K. Gray_____, Clerk of this United States District Court, certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ___April 16, 2018___
as it appears in the record of this Court, and that* *(see below)*     Date

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on ___MAY 2 5 2018___
Date

**KIRY K. GRAY**
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

1174

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure[*] has been filed."

"No notice of appeal from this judgment has been filed, and all motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure[*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"An appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[ **NOTE:** The motions listed in Rule 4(a), Federal Rules of Appellate Procedure are: for judgment under Rule 50(b); to amend or make additional factual findings under Rule 52(b); for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58; to alter or amend the judgment under Rule 59; for a new trial under Rule 59; or for relief under Rule 60(b) if filed no later than 28 days after judgment is entered.]

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>DELANEY PRINTING AND LITHO COMPANY, INC., an Indiana corporation.<br><br>Defendant. | CASE NO. 2:17-CV-07371-JFW-E<br><br>JUDGMENT |

Judgment, comprised of the following, is hereby entered against Defendant Delaney Printing and Litho Company, Inc.:

<u>Plaintiffs' First Claim for Relief</u>

As to Plaintiffs' First Claim for Relief, Defendant is hereby ordered to pay $1,209,480 in withdrawal liability and $51,689.14 (*plus $149.11 per day after April 13, 2018 until a judgment is entered*) in prejudgment interest pursuant to Section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6).

Plaintiffs' Second Claim for Relief

As to Plaintiffs' Second Claim for Relief, Defendant is hereby ordered to pay $412.50 in contributions, $176.13 (*plus $0.09 per day after April 13, 2018 until a judgment is entered*) in prejudgment interest attributable to the contributions, $82.50 in liquidated damages attributable of the contributions, and $3,130.05 in audit costs.

Plaintiffs' Third Claim for Relief

As to Plaintiffs' Third Claim for Relief, Defendant is hereby ordered to produce to Plaintiffs, within 10 calendar days, its books and records covering the period of March 1, 2013 through the date of Defendant's withdrawal in 2015.

Plaintiffs' Fourth Claim for Relief

As to Plaintiffs' Fourth Claim for Relief, Defendant is hereby ordered to pay $3,630.07 in underpaid minimum annual contributions, $830.61 (*plus $1.00 per day after April 13, 2018 until a judgment is entered*) in prejudgment interest attributable to the contributions, and $726.02 in liquidated damages.

Plaintiffs' Fifth Claim for Relief

As to Plaintiffs' Fifth Claim for Relief, Defendant is hereby ordered to pay $1,122.44 in liquidated damages and $205.97 in interest resulting from its late payment of April 2013 and December 2015 contributions.

Attorneys' Fees and Costs

Defendant is hereby ordered to pay $28,933.59 in attorneys' fees pursuant to Local Rule 55.3, and costs totaling $659.50.

Total judgment for Plaintiffs is $_____.

IT IS SO ORDERED.

Dated: April 16, 2018

*signature*

The Honorable John F. Walter